UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
YEHUDA KATZ,
individually and on behalf of a class,

                                Plaintiff,

            v.

ABP CORPORATION,

                                Defendant.
------------------------------------------------------------x

CV 12-4173 (ENV)

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant ABP Corporation, by its undersigned counsel, states that its stock is wholly owned by its parent corporation, ABP Holdco, Inc., which is not a publicly held corporation.

Dated: New York, New York
       September 27, 2012

                                                  GREENBERG TRAURIG, LLP

                                                  By: _____
                                                      Stephen L. Saxl
                                                  MetLife Building
                                                  200 Park Avenue
                                                  New York, New York 10166
                                                  Tel.: (212) 801-9200
                                                  Fax: (212) 805-9371
                                                  saxls@gtlaw.com

                                                  *Attorneys for Defendant ABP Corporation*