UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
YEHUDA KATZ,
individually and on behalf of a class,

       Plaintiff,

   v.

ABP CORPORATION,

       Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

CV 12-4173 (ENV)

**STIPULATION AND [PROPOSED] ORDER**

  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant that the time for Defendant to answer, move against, or otherwise respond to the Complaint shall be extended through and including November 12, 2012.

  This is the first request for an extension of time for Defendant to respond to the Complaint, and Plaintiff consents to the requested extension.

Dated: New York, New York
   September 27, 2012

THE LAW OFFICES OF
SHIMSHON WEXLER, PC

By: _Shimshon Wexler /SLS_
  Shimshon Wexler
PO Box 250870
New York, New York 10025
Tel.: (212) 760-2400
Fax: (917) 512-6132
shimshonwexler@yahoo.com

*Attorneys for Plaintiff Yehuda Katz*

GREENBERG TRAURIG, LLP

By: _____
  Stephen L. Saxl
MetLife Building
200 Park Avenue
New York, New York 10166
Tel.: (212) 801-9200
Fax: (212) 805-9371
saxls@gtlaw.com

*Attorneys for Defendant ABP Corporation*

SO ORDERED.

Dated: New York, New York
   _____, 2012

                _____
                Honorable Eric N. Vitaliano
                U.S.D.J.