UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X   CV 12-4173 (ENV)
YEHUDA KATZ,
individually and on behalf of a class,
                        Plaintiff,

v.

ABP CORPORATION,
                        Defendant.
---------------------------------------------------------------X   NOTICE OF MOTION
                                                                                TO ADMIT COUNSEL
                                                                                PRO HAC VICE

TO:   Stephen L. Saxl
        MetLife Building
        200 Park A venue
        New York, New York 10166
        Tel.: (212) 801-9200
        Fax: (212) 805-9371
        saxls@gtlaw.com
        *Attorneys for Defendant ABP Corporation*

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto we will move this Court pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Spencer Fane Britt & Browne LLP and a member in good standing of the Bar of the United States District Court for the Western District of Missouri, as attorney pro hac vice to argue or try this case in whole or in part as counsel for plaintiff, Yehuda Katz. There are no pending disciplinary proceedings against me in any State or Federal court.

                                      Respectfully submitted,

                                      Bryant T. Lamer
                                      SPENCER FANE BRITT & BROWNE LLP
                                      1000 Walnut, Suite 1400
                                      Kansas City, MO 64106
                                      blamer@spencerfane.com
                                      816-474-8100