UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
YEHUDA KATZ, :
Individually and on behalf of a class, :   Case No. 12 Civ. 4173 (ENV)(RER)
:
Plaintiff, :
:
-against- :
:
ABP CORPORATION and DOES 1-10, :
:
Defendants. :
-----------------------------------------------------------------x

**PLAINTIFF YEHUDA KATZ'S MOTION TO FILE SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT ABP CORPORATION'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**

SPENCER FANE BRITT & BROWNE LLP

Brian J. Christensen (*bchristensen@spencerfane.com*)
Bryant T. Lamer (*blamer@spencerfane.com*)
9401 Indian Creek Parkway
40 Corporate Woods, Suite 700
Overland Park, KS  66210
913-345-8100
FAX:  913-345-0736

THE LAW OFFICES OF SHIMSHON WEXLER, PC

Shimshon Wexler (*shimshonwexler@yahoo.com*)
P.O. Box 250870
New York, NY  10025

*Attorneys for Plaintiff Yehuda Katz*

**Served on May 29, 2013**

Plaintiff Yehuda Katz ("Plaintiff"), by and through his undersigned counsel, respectfully submits this motion to file additional authority in further support of its opposition to Defendant ABP Corporation ("Defendant")'s Motion to Dismiss Plaintiff's First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

Plaintiff filed its Memorandum of Law in Opposition to Plaintiff's Motion to Dismiss (Doc. 22) on February 27, 2013. Plaintiff recently discovered additional authority concerning the question of pleading willfulness in a complaint alleging violation of the Fair and Accurate Credit Transactions Act ("FACTA"). This is the precise issue before this Court as argued in Defendant's Motion to Dismiss. Accordingly, Plaintiff moves this Court to accept additional authority on this issue in the form of a letter to the Court and supporting exhibits.

Respectfully submitted,
SPENCER FANE BRITT & BROWNE LLP

*/s Brian J. Christensen*
Brian J. Christensen                KS# 16528
(*bchristensen@spencerfane.com*)
Bryant T. Lamer                     KS# 22722
(*blamer@spencerfane.com*)
9401 Indian Creek Parkway
40 Corporate Woods, Suite 700
Overland Park, KS  66210
913-345-8100
FAX:  913-345-0736

THE LAW OFFICES OF SHIMSHON WEXLER, PC
Shimshon Wexler
(*shimshonwexler@yahoo.com*)
P.O. Box 250870
New York, NY  10025

*Attorneys for Plaintiff Yehuda Katz*

TO:

GREENBERG TRAURIG, LLP
Stephen L. Saxl (*saxls@gtlaw.com*)
Roy Taub (*taubr@gtlaw.com*)
MetLife Building
200 Park Avenue
New York, NY  10166
(212) 801-9200
(212) 801-6400 (facsimile)

*Attorneys for Defendant ABP Corporation*