IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAWN DOVER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 12-694 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| SHOE SHOW, INC., | ) | Magistrate Judge Maureen P. Kelly |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

On December 5, 2012, this case was referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Rules 72.C and 72.D of the Local Rules for Magistrates.

On March 19, 2013, the Magistrate Judge issued a Report (Doc. 22) recommending that Defendant's Motion to Dismiss (Doc. 16) be denied. Service of the Report and Recommendation was made on the parties, and Defendant timely filed objections. *See* Doc. 23.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, it is hereby ORDERED that Defendant's Motion to Dismiss (**Doc. 16**) is **DENIED**. The Report and Recommendation of Magistrate Judge Kelly dated March 19, 2013 is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

April 23, 2013

s\Cathy Bissoon
Cathy Bissoon
United States District Judge

cc (via ECF email notification):

All Counsel of Record