

Stephen L. Saxl
Tel.: (212) 801-2184
Fax: (212) 805-9371
saxls@gtlaw.com

June 11, 2013

**VIA ECF**

The Honorable Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   *Yehuda Katz v. ABP Corporation*, CV 12-4173 (E.D.N.Y.) (ENV) (RER)

Dear Magistrate Judge Reyes:

      We represent defendant ABP Corporation in the above-referenced action. On June 6, 2013, we received via ECF a Scheduling Order setting the Initial Conference in this action for June 25, 2013 at 10:30 a.m.

      The parties write jointly to request that the Court adjourn the Initial Conference from June 25, 2013 to a date and time convenient for the Court *after* July 17, 2013 (other than the dates of August 5-9).

      The parties believe that this adjournment is necessary to afford them time to meet and confer and complete the proposed case management plan prior to the Initial Conference. Moreover, I will be out of the country until I return to my office on June 25.

                                        Respectfully,

                                        /s/ Stephen L. Saxl

                                        Stephen L. Saxl

cc:    Brian Christensen, Esq. (via ECF)
         Shimshon Wexler, Esq. (via ECF)