UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x
YEHUDA KATZ,
individually and on behalf of a class,

                          Plaintiff,

      v.

ABP CORPORATION,
                    Defendant.
----------------------------------------x

CV 12-4173 (ENV)

**STIPULATION AND [PROPOSED] ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant that the time for Defendant to file an Answer to the First Amended Complaint shall be extended from June 18, 2013, through and including July 5, 2013.

Defendant's Motion to Dismiss the First Amended Complaint was denied by Memorandum and Order filed June 4, 2013. This is the first request for an extension of time for Defendant to file an Answer to the First Amended Complaint, and Plaintiff consents to the requested extension.

Dated: New York, New York
         June 11, 2013

THE LAW OFFICES OF
SHIMSHON WEXLER, PC

Shimshon Wexler
P.O. Box 250870
New York, New York 10025
Tel.: (212) 760-2400
Fax: (917) 512-6132
shimshonwexler@yahoo.com

SPENCER FANE BRITT & BROWNE LLP

By: _____
    Brian J. Christensen
9401 Indian Creek Parkway, Suite 700
Overland Park, KS 66210
bchristensen@spencerfane.com

GREENBERG TRAURIG, LLP

By: _____
    Stephen L. Saxl
    Roy Taub
MetLife Building
200 Park Avenue
New York, New York 10166
Tel.: (212) 801-9200
Fax: (212) 805-9371
saxls@gtlaw.com
taubr@gtlaw.com

*Attorneys for Defendant ABP Corporation*

Bryant T. Lamer
1000 Walnut Street, Suite 1400
Kansas City, MO 64105
blamer@spencerfane.com

*Attorneys for Plaintiff Yehuda Katz*

SO ORDERED.

Dated: New York, New York
_____, 2013

_____
Honorable Eric N. Vitaliano
U.S.D.J.