Case 1:12-cv-04173-ENV-RER   Document 11   Filed 12/07/12   Page 3 of 4 PageID #: 30

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Yehuda Katz

**individually and on behalf of a class**

       Plaintiff,

       -against-

**ABP Corporation**
       Defendant.
------------------------------------------------------------X

CASE MANAGEMENT PLAN

12-CV-04173 (ENV)(RER)

Upon consent of the parties, it is hereby ORDERED as follows:

1. Defendants shall answer or otherwise move with respect to the complaint by __N/A__.

2. No additional parties may be joined after __October 18, 2013__

3. No amendment of the pleadings will be permitted after __October 18, 2013__

4. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: __August 30, 2013__

5. The parties shall make required Rule 26(a)(2) disclosures with respect to:

    (a)    expert witnesses on or before __TBD After Court Decision Regarding Class Certification__

    (b)    rebuttal expert witnesses on or before __TBD After Court Decision Regarding Class Certification__

6. All discovery, including depositions of experts, shall be completed on or before _____
___ (Generally, this date must be no later than 6 months after the initial conference).
  TBD After Court Decision Regarding Class Certification

7. Pre-motion letters regarding proposed dispositive motions must be submitted within two (2) weeks following the close of all discovery.
  TBD After Court Decision Regarding Class Certification

8. Do the parties consent to trial before a magistrate judge pursuant to 28 U.S.C.§636(c)?
**(Answer no if any party declines to consent without indicating which party has declined.)**
Yes____ No_X___

If parties answer yes, then fill out the *AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge* form. The form can be accessed at the following link : http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf.

    9.    A Telephone Conference set for __8/28/13 @ 11:00am__ to be initiated by

*Class Certification
  Plaintiff: January 17, 2014
  Defendant Response: February 24, 2014
  Reply: March 14, 2014

Plaintiff or Defendant (Circle one).
* (The Court will schedule the conference listed above.)

10. Status Conference will be held on ___will be scheduled later___
    * (The Court will schedule the conference listed above)

11. A Final Pre-trial conference will be held on ___will be scheduled later___
    *(The Court will schedule the conference listed above.)

12. This scheduling order may be altered or amended upon a showing of good cause not foreseeable at the date hereof.

Dated: Brooklyn, New York
       ___July 25___, ~~2012~~
                        2013

_____
RAMON E. REYES, JR.
UNITED STATES MAGISTRATE JUDGE

CONSENTED TO:

_____
NAME  Robert L. Lash, Esq.
Attorney for Plaintiff
ADDRESS Herzfeld & Rubin, P.C.
E-mail:  125 Broad Street, New York, NY 10004
Tel.:    rlash@herzfeld-rubin.com
Fax:     212-471-8500
         212-344-3333

_____
NAME  Stephen Saxl
Attorney for Defendant
ADDRESS Greenberg Traurig
E-mail:  200 Park Avenue, New York, NY 10166
Tel.:    SaxlS@gtlaw.com
Fax:     212-801-2184
         212-805-9371