

HERZFELD & RUBIN, P.C.
ATTORNEYS AT LAW   125 BROAD STREET, NEW YORK, NY 10004   TEL 212 471-8500   FAX 212 344-3333   WWW.HERZFELD-RUBIN.COM

Robert L. Lash
Direct Line: (212) 471-8533
rlash@herzfeld-rubin.com

February 28, 2014

Via ECF

The Honorable Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: *Yehuda Katz v. ABP Corporation*, CV 12-4173 (E.D.N.Y.) (ENV)(RER)

Dear Magistrate Judge Reyes:

      The parties have continued to make progress towards a settlement agreement and anticipate submitting a motion for preliminary approval soon.

      The parties also jointly submit herewith, in accordance with the Court's February 7, 2014 Order, the enclosed proposed scheduling order for class certification discovery and briefing, if it becomes necessary.

      Respectfully submitted,

| | |
|---|---|
| HERZFELD & RUBIN, P.C. | GREENBERG TRAURIG, LLP |
| Attorneys for Plaintiff | Attorneys for Defendant |
| By: _____ | By: _____ |
| Robert L. Lash | Stephen Saxl |

1281284.1

HERZFELD & RUBIN, P.C.
1225 FRANKLIN AVE, SUITE 315
GARDEN CITY, NY 11530
TELEPHONE: 212-471-3231

CHASE KURSHAN HERZFELD & RUBIN, LLC
354 EISENHOWER PARKWAY, SUITE 1100
LIVINGSTON, NJ 07039-1022
TELEPHONE: 973-535-8840

HERZFELD & RUBIN, LLP
1925 CENTURY PARK EAST
LOS ANGELES, CA 90067
TELEPHONE: 310-553-0451

RUBIN MEYER DORU & TRANDAFIR
SOCIETATE CIVILA DE AVOCATI
7, STRADA PUTUL CU PLOPI
BUCHAREST I, ROMANIA
TELEPHONE: (40) (21) 311-1460