UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
:
YEHUDA KATZ,                                             :
Individually and on behalf of a class,                   :      Case No. 12 Civ. 4173 (ENV)(RER)
:
Plaintiff,                              :
:
-against-                                :
:
ABP CORPORATION and DOES 1-10,                           :
:
Defendants.                             :
---------------------------------------------------------x

**NOTICE OF UNOPPOSED MOTION FOR (1) CONDITIONAL CLASS CERTIFICATION; (2) APPOINTMENT OF CLASS REPRESENTATIVE; (3) APPOINTMENT OF CLASS COUNSEL; (4) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND NOTICE TO CLASS; AND (5) SETTING OF FINAL APPROVAL HEARING**

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Robert L. Lash, Esq., executed April 3, 2014, with exhibits thereto, the accompanying memorandum of law, and upon all papers and proceedings herein, Plaintiff Yehuda Katz requests that this Court set this motion for oral argument on a date and at a time to be designated by the Court for an Order pursuant to Rule 23(c) of the Federal Rules of Civil Procedure conditionally certifying the Settlement Class, appointing Plaintiff as Class Representative and Plaintiff's Counsel as Class Counsel, preliminarily approving the proposed Settlement, approving notice to the Class, setting a Final Approval Hearing, and for such other and further relief as the Court deems just and proper.

**THIS MOTION IS UNOPPOSED.**

Respectfully submitted,

/s/  Bryant T. Lamer
Bryant T. Lamer   (admitted *Pro Hac Vice*)
Joshua C. Dickinson (admitted *Pro Hac Vice*)
Spencer Fane Britt & Browne LLP
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Telephone: (816) 474-8100
Fax: (816) 474-3216
blamer@spencerfane.com
jdickinson@spencerfane.com

Robert L. Lash, Esq.
Herzfeld & Rubin, P.C.
125 Broad Street
New York, New York 10004
Telephone: (212) 471-8500
Fax: (212) 344-3333
rlash@herzfeld-rubin.com

The Law Offices of Shimshon Wexler, PC
216 West 104th Street, #129
New York, NY 10025
Phone: (212) 760-2400
Fax: (917) 512-6132
swexleresq@gmail.com

*Attorneys for Plaintiff Yehuda Katz*

TO:

GREENBERG TRAURIG, LLP
Stephen L. Saxl, Esq.
MetLife Building
200 Park Avenue
New York, NY  10166
Telephone: (212) 801-9200
Fax: (212) 801-6400
saxls@gtlaw.com

*Attorneys for Defendant ABP Corporation*

OP 871960.1