UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------x
                                                                 :
YEHUDA KATZ,                                                     :
Individually and on behalf of a class,          :       Case No. 12 Civ. 4173 (ENV)(RER)
                                                                 :
                    Plaintiff,                                   :
                                                                 :
       -against-                                                 :
                                                                 :
ABP CORPORATION and DOES 1-10,                  :
                                                                 :
                    Defendant.                                   :
-----------------------------------------------------------------x
```

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL
APPROVAL OF SETTLEMENT AND ENTRY OF FINAL JUDGMENT
AND ORDER OF DISMISSAL AND FOR APPROVAL OF ATTORNEYS' FEES AND
EXPENSES AND CLASS REPRESENTATIVE INCENTIVE FEE**

PLEASE TAKE NOTICE that on February 3, 2015, before the Honorable Ramon E. Reyes, Jr. United States Magistrate Judge for the Eastern District of New York, at 9am, Plaintiff Yehuda Katz ("Plaintiff") will move this Court for an Order granting final approval of the Stipulation and Settlement Agreement (Dkt.46-2) based upon the accompanying Memorandum In Support of Unopposed Motion for Final Approval of Settlement and Entry of Final Judgment and Order of Dismissal *and* upon the accompanying Memorandum In Support of Unopposed Motion for Approval of Attorneys' Fees and Expenses and Class Representative Incentive Fee, both of which are being filed contemporaneously herewith. A proposed Order is attached to this Motion as Exhibit 1.

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP

/s/ Joshua C. Dickinson
Joshua C. Dickinson (*jdickinson@spencerfane.com*)
Bryant T. Lamer (*blamer@spencerfane.com* )
1000 Walnut Street, Suite 1400
Kansas City, MO 64105
816-474-8100
Fax:  816-474-3216

THE LAW OFFICES OF SHIMSHON WEXLER, PC
Shimshon Wexler (*shimshonwexler@yahoo.com*)
216 West 104th St., #129
New York, NY 10025


Herzfeld & Rubin, P.C.
Howard L. Wexler (*hwexler@herzfeld-rubin.com*)
Michael R. Rudick (*mrudick@herzfeld-rubin.com*)
125 Broad Street
New York, NY 10004
Phone: 212-471-8473

*Attorneys for Plaintiff Yehuda Katz*

TO:

GREENBERG TRAURIG, LLP
Stephen L. Saxl (*saxls@gtlaw.com*)
Roy Taub (*taubr@gtlaw.com*)
MetLife Building
200 Park Avenue
New York, NY  10166
(212) 801-9200
(212) 801-6400 (facsimile)

*Attorneys for Defendant ABP Corporation*