# Exhibit C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------
YEHUDA KATZ,
on behalf of himself and the class,    Case No.: 12-cv-4173(ENV)(RER)

                Plaintiff,
     v.


ABP CORPORATION

                Defendant.
-------------------------------------------------

## DECLARATION OF SHIMSHON WEXLER IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AGREEMENT

I, Shimshon Wexler, of full age, hereby certify as follows:

1. I am an attorney duly admitted to practice law in the State of New York and the Bar of this Court. I am co-counsel of record for Plaintiff, Yehuda Katz, and I was previously certified by this Court to serve as Class Counsel in the above-entitled action [Doc. 52]. As such, I am familiar with all of the facts set forth herein and state them to be true. I submit this affidavit in support of Plaintiff's Unopposed Motion for Final Approval of the Class Settlement Agreement and Release.

2. I have been admitted to practice law in the State of New York since January 11th, 2010 and have remained a member in good standing since that time. I am also admitted to practice law before the United States District Courts for the Eastern District of New York, Southern District of New York, Northern District of New York and Western District of New York. I am also admitted to practice before the bar of the Northern District of Florida and the United States Court of Appeals for the Second Circuit.

3. My license to practice law has never been suspended or revoked by the State of New York or by any court. There are no disciplinary proceedings pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

4. I received my bachelor's degree from Touro College in 2003 and graduated from New York Law School in 2009.

5. Just following and prior to my graduation from law school and admission to the New York bar I worked as a paralegal and attorney for the law firm of Herzfeld & Rubin, PC.

6. In connection with my foregoing legal work experience, I have worked on a variety of complex commercial and consumer matters. Since leaving Herzfeld & Rubin, PC in late 2010, I have been engaged as a solo practitioner and have a growing practice representing consumers on claims under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§1692, *et seq*, the Electronic Funds Transfer Act ("EFTA") 15 U.S.C. §§1693, *et seq* and the Fair Credit Reporting Act 15 U.S.C. §§1681, *et seq*. I am now, and have been, involved in actions brought as individual claims as well as class actions. My cases have been filed in the Eastern District of New York, Western District of New York, Northern District of New York and the Southern District of New York.

7. I have been certified to act as class counsel in the FDCPA consumer class action lawsuits of *Gonzalez v Relin, Goldstein & Crane, LLP*, U.S. District Court, S.D.N.Y. Case No. 12-cv-783-ER and *Burton v Nations Recovery Center, Inc.* U.S. District Court E.D.N.Y. Case No. 13-cv-1426-BMC and the EFTA consumer class action of *Fried v. The Bank of Castile*, U.S. District Court, W.D.N.Y. Case No. 12-cv-624-WMS.

8. To date, my office has expended a total of 180 hours of total time on this case. Moreover, I expect my office will expend an additional 3 hours of time in concluding the case.

My office has also incurred a $350 filing fee as well as the cost of service on the defendant of $60.

9. The majority of my law practice is contingent fee litigation on behalf of plaintiffs. I regularly represent plaintiffs in contingent fee cases in Federal Courts throughout the State of New York. I frequently work with other plaintiff's lawyers who handle cases on a contingent fee basis and, in that regard, I am generally familiar with the range of contingent fee percentages charged by plaintiff's lawyers.

10. My normal hourly billing rates in my law firm are $300.00 per hour. I submit that this rate is fair and reasonable and is consistent with the rates in the Eastern District of New York based on my knowledge and experience and in light of the risks inherent in bringing and prosecuting cases such as this one. Thus, based on my hourly rates my law firm's fees are $54,930.00 and my law firm's expenses are $410.

My hourly rate set forth above is the same as the regular current rate I charge for services in other contingent matters in class action litigation.

*In accordance with 28 U.S.C. §1746, I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

Dated: 1-27-15

By: /s/
Shimshon Wexler
The Law Offices of Shimshon Wexler, PC
216 W. 104th St. #129
New York, New York 10025
(212) 760-2400
(917) 512-6132 (FAX)
shimshonwexler@yahoo.com

# TAX INVOICE

Katz vABP

**Invoice Date**
Thu, Jan 22 2015

**Invoice Number**
INV-1

**The Law Offices of Shimshon Wexler, PC**
Shimshon Wexler
212-760-2400

| Description | Quantity (hh:mm) | Unit Price | Amount USD |
|---|---|---|---|
| (16 Aug) draft complaint, civil cover sheet and summons | 02:30 | 300.00 | 750.00 |
| (24 Aug) send summons and complaint to process server | 00:12 | 300.00 | 60.00 |
| (12 Sep) phone conversation w/ ABP re time to answer | 00:06 | 300.00 | 30.00 |
| (12 Sep) email from abp confirming conversation | 00:06 | 300.00 | 30.00 |
| (27 Sep) phone conversation with Saxl and email w/ stip to extend time | 00:18 | 300.00 | 90.00 |
| (28 Sep) view Rule 7.1 statement | 00:06 | 300.00 | 30.00 |
| (26 Oct) file aff. of service ECF | 00:06 | 300.00 | 30.00 |
| (9 Nov) review pre motion ltr to dismiss | 00:48 | 300.00 | 240.00 |
| (13 Nov) discuss w/ Spencer Fane possible co-counsel relationship | 00:24 | 300.00 | 120.00 |
| (14 Nov) further communications w/ Spencer Fane re co-counsel | 00:36 | 300.00 | 180.00 |
| (14 Nov) prepare response to pre motion ltr/research case law | 03:42 | 300.00 | 1,110.00 |
| (19 Nov) review ABP's ECF letter | 00:18 | 300.00 | 90.00 |
| (21 Nov) review ECF order granting motion to amend | 00:06 | 300.00 | 30.00 |
| (21 Nov) emails w/ co-counsel re deadline to file amended complaint | 00:24 | 300.00 | 120.00 |
| (21 Nov) draft letter motion for extension of time to amend complaint | 00:36 | 300.00 | 180.00 |
| (26 Nov) review ecf order granting motion for extension of time | 00:06 | 300.00 | 30.00 |
| (4 Dec) email w/ Spencer Fane exchange of info re value of ABP and research related to willful violation | 02:42 | 300.00 | 810.00 |
| (7 Dec) review scheduling order, forward to Saxl | 00:24 | 300.00 | 120.00 |
| (13 Dec) review and file amended complaint | 00:42 | 300.00 | 210.00 |
| (21 Dec) review ABP's pre motion ltr | 01:12 | 300.00 | 360.00 |
| (24 Dec) email w/ co-counsel re response to ABP's pre motion ltr | 00:24 | 300.00 | 120.00 |
| (26 Dec) email to Saxl re scheduling of 26f conference | 00:12 | 300.00 | 60.00 |
| (27 Dec) review email from Saxl re optimal to stay case pending mtd/ reply w/ conditions | 00:42 | 300.00 | 210.00 |
| (2 Jan) review pro hac vice motions | 00:18 | 300.00 | 90.00 |
| (3 Jan) review pro hac rules EDNY, file pro hac motion | 00:36 | 300.00 | 180.00 |
| (4 Jan) review orders granting pro hac | 00:06 | 300.00 | 30.00 |
| (14 Jan) review and calender Judge Vitaliano's Order | 00:12 | 300.00 | 60.00 |
| (29 Jan) review mtd | 02:06 | 300.00 | 630.00 |
| (30 Jan) review mtd | 03:36 | 300.00 | 1,080.00 |
| (31 Jan) review mtd | 03:12 | 300.00 | 960.00 |
| (8 Feb) review draft opposition, provide comments, edits | 04:30 | 300.00 | 1,350.00 |
| (10 Feb) review draft opposition, provide comments, edits | 01:42 | 300.00 | 510.00 |
| (11 Feb) conversation with Perkins re Todd case in ND Ill, research for our draft opposition | 02:36 | 300.00 | 780.00 |
| (12 Feb) review final served copy of our opposition | 01:18 | 300.00 | 390.00 |
| (28 Feb) review final copies filed via ECF | 01:18 | 300.00 | 390.00 |

| Description | Quantity (hh:mm) | Unit Price | Amount USD |
|---|---|---|---|
| (5 Mar) email from Lamer re email from Saxl re proposed settlement | 00:18 | 300.00 | 90.00 |
| (21 May) research case law re recent facta decisions, email co-counsel same, suggest to bring to Court's attention a case, prepare draft letter for co-counsel review | 04:12 | 300.00 | 1,260.00 |
| (22 May) email from Christensen re edits and local rules re supplemental briefing | 00:36 | 300.00 | 180.00 |
| (29 May) review ECF motion to file supplemental authority | 00:18 | 300.00 | 90.00 |
| (30 May) file ECF ltr w/ exhibits | 00:42 | 300.00 | 210.00 |
| (3 Jun) review ECF ltr by Saxl, email w/ co-counsel on motion to strike, call Kate at Judge Vitaliano's chambers | 00:54 | 300.00 | 270.00 |
| (4 Jun) decision denying mtd, email w/ co-counsel | 01:24 | 300.00 | 420.00 |
| (6 Jun) calender scheduling order, review prior scheduling order | 00:18 | 300.00 | 90.00 |
| (10 Jun) emails to/from Christensen re adjourning conference | 00:12 | 300.00 | 60.00 |
| (11 Jun) review ECF filing motion to adjourn conference | 00:12 | 300.00 | 60.00 |
| (12 Jun) review and calender ECF order | 00:12 | 300.00 | 60.00 |
| (24 Jun) emails w/ co-counsel whether coming in for conference | 00:12 | 300.00 | 60.00 |
| (5 Jul) review answer to complaint | 03:30 | 300.00 | 1,050.00 |
| (8 Jul) emails re init conference | 00:12 | 300.00 | 60.00 |
| (9 Jul) emails re attendence at Init conference | 00:12 | 300.00 | 60.00 |
| (10 Jul) call co-counsel re scheduling conference | 00:18 | 300.00 | 90.00 |
| (11 Jul) review and calender ECF order | 00:12 | 300.00 | 60.00 |
| (15 Jul) email co-counsel re bringing H&R on board | 00:12 | 300.00 | 60.00 |
| (16 Jul) arrange conf. call | 00:12 | 300.00 | 60.00 |
| (17 Jul) conf. call w/ co-counsel re init. conference | 00:24 | 300.00 | 120.00 |
| (18 Jul) email arrange conference call | 00:12 | 300.00 | 60.00 |
| (19 Jul) conference call all counsel re Init conference | 00:30 | 300.00 | 150.00 |
| (19 Jul) review settlement ltr by Christensen | 00:18 | 300.00 | 90.00 |
| (23 Jul) emails re scheduling order | 00:18 | 300.00 | 90.00 |
| (24 Jul) emails re conference tomorrow | 00:24 | 300.00 | 120.00 |
| (25 Jul) email w/ co-counsel re Init conference, view ECF order | 00:12 | 300.00 | 60.00 |
| (30 Jul) conf. call co-counsel re mediators | 00:24 | 300.00 | 120.00 |
| (31 Jul) email w/ co-counsel re mediators | 00:12 | 300.00 | 60.00 |
| (6 Aug) email from Lash re mediators | 00:12 | 300.00 | 60.00 |
| (14 Aug) review email from Saxl re mediator choices | 00:12 | 300.00 | 60.00 |
| (16 Aug) review emails re Deitz's availablity | 00:12 | 300.00 | 60.00 |
| (22 Aug) review emails from co-counmsel re willing to use Deitz/ payment arrangements | 00:24 | 300.00 | 120.00 |
| (22 Aug) phone call w/ Lasg re mediator selection | 00:18 | 300.00 | 90.00 |
| (23 Aug) email from Saxl, Deitz re mediatolon Initial papers | 00:24 | 300.00 | 120.00 |
| (26 Aug) email to/from co-counsel re avialability re init call other counsel availability | 00:42 | 300.00 | 210.00 |
| (26 Aug) email re ABP's init disclosure due date | 00:18 | 300.00 | 90.00 |
| (27 Aug) email to Saxl from Lamer re production of docs prior to mediation | 00:12 | 300.00 | 60.00 |
| (28 Aug) review ecf filing | 00:06 | 300.00 | 30.00 |

| Description | Quantity (hh:mm) | Unit Price | Amount USD |
|---|---|---|---|
| (4 Sep) init phone call with Deitz | 00:36 | 300.00 | 180.00 |
| (4 Sep) review email from Russel re provide mediator w/ submissions | 00:18 | 300.00 | 90.00 |
| (4 Sep) filing pro hac for Russel | 00:12 | 300.00 | 60.00 |
| (11 Sep) emails re mediation confidentiality agreement | 00:36 | 300.00 | 180.00 |
| (12 Sep) email from Lash to Saxl re change to mediation confidentiality agreement | 00:12 | 300.00 | 60.00 |
| (13 Sep) email from Saxl re change to mediation agreement provide updated one | 00:12 | 300.00 | 60.00 |
| (16 Sep) email co-counsel whether I have to sign confidentiality agreement | 00:12 | 300.00 | 60.00 |
| (17 Sep) email signature on confidentiality agreement | 00:06 | 300.00 | 30.00 |
| (19 Sep) view fully executed confidentiality agreement | 00:06 | 300.00 | 30.00 |
| (23 Sep) review abp mediation papers | 01:48 | 300.00 | 540.00 |
| (23 Sep) review facta case law | 03:24 | 300.00 | 1,020.00 |
| (23 Sep) phone call w/ Rob Lash | 00:30 | 300.00 | 150.00 |
| (24 Sep) review facta case law | 02:48 | 300.00 | 840.00 |
| (24 Sep) phone call H&R | 00:24 | 300.00 | 120.00 |
| (24 Sep) review abp papers | 02:18 | 300.00 | 690.00 |
| (25 Sep) review facta case law | 01:36 | 300.00 | 480.00 |
| (30 Sep) review emails from previous days re sufficiency of docs provided by ABP | 00:30 | 300.00 | 150.00 |
| (30 Sep) research FACTA case law | 02:00 | 300.00 | 600.00 |
| (1 Oct) call w/ Lash re mediation strategy | 00:42 | 300.00 | 210.00 |
| (1 Oct) research FACTA/ class action case law | 03:30 | 300.00 | 1,050.00 |
| (1 Oct) review proposed mediation submission, emails re desire of mediator to receive submission today, final mediation submission w/ exhibits | 02:12 | 300.00 | 660.00 |
| (2 Oct) phone call w/ co-counsel re mediation | 01:36 | 300.00 | 480.00 |
| (2 Oct) research facta/class action case law | 04:00 | 300.00 | 1,200.00 |
| (3 Oct) review letter by Lash to Saxl | 00:18 | 300.00 | 90.00 |
| (6 Oct) fly from atl to lga | 02:00 | 300.00 | 600.00 |
| (7 Oct) attend mediation at Deitz's office | 09:30 | 300.00 | 2,850.00 |
| (8 Oct) fly from lga to atl | 02:00 | 300.00 | 600.00 |
| (8 Oct) emails re mediation | 00:24 | 300.00 | 120.00 |
| (9 Oct) phone call w/ H&R, review emails, term sheet from Russel to mediator then one to Saxl | 02:12 | 300.00 | 660.00 |
| (10 Oct) emails re mediator proposal, conf. call | 00:54 | 300.00 | 270.00 |
| (11 Oct) view ecf filing | 00:06 | 300.00 | 30.00 |
| (21 Oct) view ecf filing | 00:06 | 300.00 | 30.00 |
| (4 Dec) review emails re letter joint status report | 00:24 | 300.00 | 120.00 |
| (13 Dec) review draft settlement agreement from co-counsel, emails re same | 02:30 | 300.00 | 750.00 |
| (15 Dec) email re settlement agreement, research reported decisions for Judge in this case | 01:36 | 300.00 | 480.00 |
| (17 Dec) emails re edits to settlement agreement | 00:18 | 300.00 | 90.00 |
| (18 Dec) settlement agreement sent to Saxl, emails re related documents | 00:18 | 300.00 | 90.00 |
| (6 Jan) email to Saxl re status | 00:06 | 300.00 | 30.00 |
| (7 Jan) email from Saxl re draft | 00:06 | 300.00 | 30.00 |

| Description | Quantity (hh:mm) | Unit Price | Amount USD |
|---|---|---|---|
| (7 Jan) emails w/ co-counsel re 1/15/14 submission date | 00:18 | 300.00 | 90.00 |
| (13 Jan) review revisions by Saxl/ email my comments to co-counsel review Lash's comments | 03:00 | 300.00 | 900.00 |
| (15 Jan) emails re providing status update to court, learn of a docket order on 12/12/13 that was not emailed to parties | 00:42 | 300.00 | 210.00 |
| (16 Jan) emails re Court's init sched. Order w/ class mot. due tomorrow and whther that is still the case | 00:36 | 300.00 | 180.00 |
| (16 Jan) email re status of settlement discussions | 00:06 | 300.00 | 30.00 |
| (17 Jan) emails re adournment, ecf filings re same | 00:18 | 300.00 | 90.00 |
| (20 Jan) emails re getting settlement finalized | 00:12 | 300.00 | 60.00 |
| (23 Jan) emails to/from Christensen outstanding issues for discussion on call | 00:18 | 300.00 | 90.00 |
| (23 Jan) conf. call w/ co-counsel re outstanding issues | 00:48 | 300.00 | 240.00 |
| (30 Jan) research case law re claim form, email co-counsel same | 01:12 | 300.00 | 360.00 |
| (31 Jan) research case law re claim form review proposed claim for by Saxl | 02:30 | 300.00 | 750.00 |
| (4 Feb) circulate my comments to revised settlement agreement | 01:18 | 300.00 | 390.00 |
| (4 Feb) suggest a carve out for people w/ actual damages other revisions to settlement agreement | 01:30 | 300.00 | 450.00 |
| (4 Feb) arrange conf. call tomorrow | 00:18 | 300.00 | 90.00 |
| (5 Feb) conference call re status of settlement agreement | 01:24 | 300.00 | 420.00 |
| (6 Feb) phone call w/ Lash re claim form for class members | 00:12 | 300.00 | 60.00 |
| (6 Feb) emails re whether to agree to that class members need to provide card number | 00:24 | 300.00 | 120.00 |
| (7 Feb) emails re claim form other settlement terms, proposed ltr to Judge Reyes | 01:18 | 300.00 | 390.00 |
| (7 Feb) review ecf filing | 00:06 | 300.00 | 30.00 |
| (10 Feb) review proposed claim form, email comments | 00:24 | 300.00 | 120.00 |
| (13 Feb) review Saxl's email comments, emails re same | 00:18 | 300.00 | 90.00 |
| (14 Feb) arrange call amongst co-counsel | 00:12 | 300.00 | 60.00 |
| (14 Feb) phone call w/ co-counsel re status and deadline and strategy | 01:00 | 300.00 | 300.00 |
| (18 Feb) phone call w/ co-counsel re pushback from ABP, emails | 01:18 | 300.00 | 390.00 |
| (19 Feb) phone call w/ co-counsel re settlement | 00:12 | 300.00 | 60.00 |
| (21 Feb) review and reply emails re Saxl settlement position claim form | 01:12 | 300.00 | 360.00 |
| (24 Feb) emails re claim form, phone call w/ co-counsel | 00:30 | 300.00 | 150.00 |
| (25 Feb) emails w/co-counsel re settlement agreement, phone call | 00:30 | 300.00 | 150.00 |
| (26 Feb) emails re negotations, review proposed briefing schedule | 00:18 | 300.00 | 90.00 |
| (27 Feb) emails re updated ABP settlement position | 00:24 | 300.00 | 120.00 |
| (28 Feb) conf. call w/ co-counsel re current status | 00:18 | 300.00 | 90.00 |
| (28 Feb) emails re proposed submission and Saxl's changes | 00:42 | 300.00 | 210.00 |
| (28 Feb) view ecf filing | 00:06 | 300.00 | 30.00 |
| (3 Mar) view ecf order | 00:12 | 300.00 | 60.00 |
| (3 Mar) emails concerning Order, discuss concerns w/ short time frame to work with and strategize | 01:18 | 300.00 | 390.00 |
| (3 Mar) phone call w/ co-counsel | 00:36 | 300.00 | 180.00 |
| (4 Mar) emails re finalizing settlement agreement | 00:48 | 300.00 | 240.00 |
| (4 Mar) phone call w/ co-counsel re status, send agreement to plaintiff, explain | 02:18 | 300.00 | 690.00 |

| Description | Quantity (hh:mm) | Unit Price | Amount USD |
|---|---|---|---|
| (5 Mar) circulate settlement agreement obtain all signatures | 00:30 | 300.00 | 150.00 |
| (6 Mar) view ecf filing | 00:12 | 300.00 | 60.00 |
| (12 Mar) emails coordinating doing exhibits | 00:06 | 300.00 | 30.00 |
| (13 Mar) view exhibits, discuss how we are going to make revisions, set up conf call | 03:12 | 300.00 | 960.00 |
| (14 Mar) view ecf order | 00:06 | 300.00 | 30.00 |
| (17 Mar) review ABP provided docs, review proposed preliminary approval order | 02:24 | 300.00 | 720.00 |
| (17 Mar) phone call w/ co-counsel re docs | 01:54 | 300.00 | 570.00 |
| (18 Mar) emails revising settlement agreement | 03:12 | 300.00 | 960.00 |
| (25 Mar) emails discussing revisions | 00:36 | 300.00 | 180.00 |
| (26 Mar) review ABP's revisions, emails discussing same, bring Rakoff's lacta decision to attention of co-counsel | 03:30 | 300.00 | 1,050.00 |
| (27 Mar) view revised settlement agreement | 01:00 | 300.00 | 300.00 |
| (28 Mar) revise settlement docs, send to plaintiff for signature | 02:00 | 300.00 | 600.00 |
| (31 Mar) emails re settlement agreement revise docs | 00:30 | 300.00 | 150.00 |
| (1 Apr) emails re claim forms | 00:30 | 300.00 | 150.00 |
| (2 Apr) phone call w/ co-counsel | 00:30 | 300.00 | 150.00 |
| (2 Apr) emails re settlement docs | 00:12 | 300.00 | 60.00 |
| (3 Apr) phone call w/ co-counsel | 00:54 | 300.00 | 270.00 |
| (3 Apr) prepare declaration | 01:00 | 300.00 | 300.00 |
| (4 Apr) emails re filing of class motion | 00:30 | 300.00 | 150.00 |
| (3 Jun) view ecf filing | 00:06 | 300.00 | 30.00 |
| (9 Jun) emails re local practices to provide courtesy copy, circulate Judge Reyes' indiv. rules | 00:12 | 300.00 | 60.00 |
| (11 Jun) circulate draft letter to Judge Reyes re courtesy copy | 00:12 | 300.00 | 60.00 |
| (25 Jul) review ltre to Judge Reyes | 00:12 | 300.00 | 60.00 |
| (3 Oct) view order granting prelim approval | 00:30 | 300.00 | 150.00 |
| (6 Oct) view order granting prelim approval, view settlement agreement | 03:00 | 300.00 | 900.00 |
| (6 Oct) reasearch related to magistrate issue | 02:30 | 300.00 | 750.00 |
| (7 Oct) phone call w/ co-counsel re prelim approval order | 00:42 | 300.00 | 210.00 |
| (7 Oct) emails re setting of pertinent dates culled from order | 00:24 | 300.00 | 120.00 |
| (8 Oct) phone call w/ co-counsel re magistrate issue | 00:12 | 300.00 | 60.00 |
| (8 Oct) call from kcc | 00:06 | 300.00 | 30.00 |
| (8 Oct) email w/ co-counsel re magistrate issue | 00:12 | 300.00 | 60.00 |
| (14 Oct) emails re claim form, notice, lash withdrawing | 00:00 | 300.00 | 0.00 |
| (15 Oct) call w/ H&R re lash | 00:24 | 300.00 | 120.00 |
| (15 Oct) call w/ spencer fane re lash | 00:06 | 300.00 | 30.00 |
| (21 Oct) view settlement website, emails re same | 01:30 | 300.00 | 450.00 |
| (21 Oct) send to H&R notice of withdrawal of attorney, notice of appearance | 00:24 | 300.00 | 120.00 |
| (22 Oct) view admin declaration | 00:12 | 300.00 | 60.00 |
| (23 Oct) view admin declaration | 00:12 | 300.00 | 60.00 |
| (3 Nov) view admin declaration | 00:06 | 300.00 | 30.00 |

| Description | Quantity (hh:mm) | Unit Price | Amount USD |
|---|---|---|---|
| (30 Dec) emails re arrange conf call re final hearing | 00:12 | 300.00 | 60.00 |
| (5 Jan) emails w/ co-counsel re final hearing | 00:12 | 300.00 | 60.00 |
| (5 Jan) phone call w/ co-counsel re submission due Jan 27 | 00:42 | 300.00 | 210.00 |
| (14 Jan) reseearch case law related to attorneys fees application | 04:00 | 300.00 | 1,200.00 |
| (20 Jan) prepare decalaration in support of attorneys fees | 00:42 | 300.00 | 210.00 |
| (20 Jan) emails w/ Saxl re staus of settlement and confirm that we are submitting papers | 00:12 | 300.00 | 60.00 |

Subtotal 54,030.00

Tax Total 0.00

Total USD 54,030.00

## PAYMENT ADVICE

To: The Law Offices of Shimshon Wexler, PC
Shimshon Wexler
212-760-2400

| | |
|---|---|
| Customer | Katz vABP |
| Invoice Number | INV-1 |
| Amount Due | 54,030.00 USD |
| Due Date | Thu, Feb 5 2015 |
| Amount Enclosed | |

Enter the amount you are paying above